JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 4342

------------------------------------------------------------X
RHONA ALEDIA,

                     Plaintiff,

     -against-

HSH NORDBANK AG,

                     Defendant.

New York State Supreme Court,
Orange County
Index No. 2008-004429

**RULE 7.1 DISCLOSURE STATEMENT**

RECEIVED U.S.D.C. S.D.N.Y. CASHIERS

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, HSH Nordbank AG (a nongovernmental corporate party), certifies that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: May 7, 2008
       New York, NY

                         MOSES & SINGER LLP

                         By: _____
                         David Rabinowitz (DR 5205)
                         The Chrysler Building
                         405 Lexington Avenue
                         New York, NY 10174
                         Tel: (212) 554-7800
                         Fax: (212) 554-7700
                         drabinowitz@mosessinger.com

                         *Attorneys for Defendant*

690369v1 009986.0102