JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 4342

---------------------------------------------------------------X

RHONA ALEDIA,

      Plaintiff,

  -against-

HSH NORDBANK AG,

      Defendant.

New York State Supreme Court,
Orange County
Index No. 2008-004429

**RULE 7.1 DISCLOSURE STATEMENT**

---------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, HSH Nordbank AG (a nongovernmental corporate party), certifies that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: May 7, 2008
   New York, NY

           MOSES & SINGER LLP

           By: _____
           David Rabinowitz (DR 5205)
           The Chrysler Building
           405 Lexington Avenue
           New York, NY 10174
           Tel: (212) 554-7800
           Fax: (212) 554-7700
           drabinowitz@mosessinger.com

           *Attorneys for Defendant*

690369v1 009986.0102