UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Rhona Aledia
                    Plaintiff,

          -against-

HSH Nordbank AG
                    Defendant.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
~~~~~~ECTRONICALLY FILED

5/16/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 4342(BSJ) (HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X__  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Habeas Corpus

___  Social Security

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

_____

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York
          May 13, 2008

_____
United States District Judge