UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RHONA ALEDIA,                                    DEMAND FOR JURY TRIAL
                                                 PURSUANT TO RULE 38
                    Plaintiff,

        V.                                       08 Civ 4342 (BSJ)(HP)

HSH NORDBANK AG,

                    Defendant.
---------------------------------------------------------------X


    PLEASE TAKE NOTICE that, pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff Rhona Aledia hereby demands trial by jury of all issues in the above-referenced case.

Dated: May 19, 2008            Rider, Weiner & Frankel, P.C.
       New Windsor, NY         Attorneys for Plaintiff
                               655 Little Britain Road
                               New Windsor, NY 12553
                               (845)562-9100

                               By: _____
                                    Michael J. Matsler (MM8139)

TO:    David Rabinowitz, Esq. (DR 5205)
       Moses & Singer, LLP
       Attorneys for Defendant
       405 Lexington Avenue
       The Chrysler Building
       New York, NY 10174
       (212)554-7800

AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ORANGE         )

Cheryl R. Churney, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Newburgh, New York.

On May 19th, 2008, I served the within Demand for Trial by Jury Pursuant to Rule 38 via overnight delivery, by depositing a true copy thereof enclosed in a postage paid wrapper in a depository under the exclusive care and custody of Federal Express, addressed to the following persons at the address set forth:

David Rabinowitz, Esq. (DR 5205)
Moses & Singer, LLP
Attorneys for Defendant
405 Lexington Avenue
The Chrysler Building
New York, NY 10174

_____
Cheryl R. Churney

Sworn to before me this
19th day of May, 2008.

_____
Notary Public

DONNA L. SMITH
Notary Public, State of New York
Reg. No. 01SM6062804
Appointed in Orange County
Commission Expires August 20, 20 09