UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RHONA ALEDIA,  )  08 CV 4342 (BSJ)(HBP)
   )
           Plaintiff,  )  **NOTICE OF MOTION**
   )
  -against-  )
   )
HSH NORDBANK AG,  )
   )
           Defendant.  )

---

    PLEASE TAKE NOTICE that upon the annexed affidavit of Ruth Von Kistowsky, sworn to on May 15, 2008, and the exhibits annexed thereto, and defendant's Memorandum of Law in Support of Motion to Dismiss, dated May 19, 2008, defendant, HSH Nordbank AG, will move this Court at the United States Courthouse located at 500 Pearl Street New York, NY 10007-1312, Room 620, for an Order: (a) pursuant to FRCP 12 (b)(6), for an order dismissing the complaint with prejudice except for plaintiff's claim to unused vacation pay; and (b) for such other, further and different relief as the Court may deem just and proper.

    PLEASE TAKE FURTHER NOTICE, that pursuant to Local Rule 6.1, plaintiff's answering papers, if any, must be served within ten business days after service of defendant's moving papers.

Dated: New York, New York
       May 19, 2008

690112v1  009986.0102

Respectfully Submitted,

MOSES & SINGER LLP
*Attorneys for Defendant*

By: _/s/ David Rabinowitz_
    David Rabinowitz (DR-5205)
405 Lexington Avenue
New York, New York 10174-1299
Tel: (212) 554-7800
Fax: (212) 554-7700
drabinowitz@mosessinger.com

TO:
Michael J. Matsler, Esq.
Rider, Weiner & Frankel, P.C.
Attorneys for Plaintiff
655 Little Britain Road
New Windsor, New York, 12553
(845) 562-9100

690827v1 009986.0128    2