UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RHONA ALEDIA,  ) 08 CV 4342 (BSJ)(HBP)
  )
               Plaintiff,  ) **AFFIDAVIT OF SERVICE**
  )
   -against-  )
  )
HSH NORDBANK AG,  )
  )
               Defendant.  )

---

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Miriam Sampson, being duly sworn, deposes and says:

I am not a party to this action, am over the age of eighteen and reside in the State of New York.

On May 19, 2008, I served the within **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS; NOTICE OF MOTION & AFFIDAVIT OF RUTH VON KISTOWSKY** upon:

> Michael J. Matsler, Esq.
> RIDER, WEINER, & FRANKEL, P.C.
> 655 Little Britain Road
> New Windsor, NY 12553

by depositing a true copy thereof enclosed in a post-paid wrapper addressed to Mr. Matsler, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
Miriam Sampson

Sworn to before me this
19th day of May, 2008

_____
Notary Public

MICHAEL J. POSPIS
NOTARY PUBLIC, State of New York
No. 02PO6109188
Qualified in New York County
Commission Expires April 26, 20 12

679161v2  099999.0001