USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RHONA ALEDIA,

        Plaintiff,

v.

HSH NORDBANK AG,

        Defendant.
------------------------------------X

STIPULATION

08 Civ 4342 (BSJ)(HP)

    IT IS HEREBY STIPULATED, CONSENTED, AND AGREED, by and between the undersigned counsel representing the parties herein, that 1) plaintiff shall serve its papers in opposition to defendant's motion to dismiss no later than June 18, 2008; 2) the defendant's reply papers shall be served no later than July 2, 2008; and it is further

    STIPULATED, CONSENTED, AND AGREED this Stipulation may be executed in counterparts which, together, shall be deemed a fully executed copy, and facsimile signatures shall have the same effect as an original.

Dated: May 27, 2008

Rider, Weiner & Frankel, P.C.
Attorneys for Plaintiff
655 Little Britain Road
New Windsor, NY 12553
(845)562-9100

By: _____
Michael J. Matsler (MM8139)

Moses & Singer, LLP
Attorneys for Defendant
405 Lexington Ave., The Chrysler Building
New York, NY 10174
(212)554-7800

By: _____
David Rabinowitz (DR 5205)

SO-ORDERED:

_____
Hon. Henry Pitman, Magistrate Judge

5-29-08
Date