```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-9-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
RHONA ALEDIA,                                    STIPULATION
           Plaintiff,

     v.                                          08 Civ 4342 (BSJ)(HP)

HSH NORDBANK AG,
           Defendant.
----------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED, AND AGREED, by and between the undersigned counsel representing the parties herein, that 1) plaintiff shall serve its papers in opposition to defendant's motion to dismiss no later than June 18, 2008; 2) the defendant's reply papers shall be served no later than July 2, 2008; and it is further

STIPULATED, CONSENTED, AND AGREED this Stipulation may be executed in counterparts which, together, shall be deemed a fully executed copy, and facsimile signatures shall have the same effect as an original.

Dated: May 27, 2008

Rider, Weiner & Frankel, P.C.              Moses & Singer, LLP
Attorneys for Plaintiff                    Attorneys for Defendant
655 Little Britain Road                    405 Lexington Ave., The Chrysler Building
New Windsor, NY 12553                      New York, NY 10174
(845)562-9100                              (212)554-7800

By: _____                By: _____
     Michael J. Matsler (MM8139)                David Rabinowitz (DR 5205)


SO-ORDERED:

_____                    6-4-08
Hon. Henry Pitman, Magistrate Judge         Date