AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF ORANGE   )

Yurmaris Renelt, being duly sworn, says that deponent is not a party to the action; is over the age of 18 years; that on the 16th day of June, 2008, deponent served the within **Affidavit in Opposition to Motion to Dismiss, Affidavit of Rhona Aledia and Memorandum of Law in Opposition to Defendant's Motion to Dismiss** upon:

David Rabinowitz, Esq.
Moses & Singer LLP
Attorneys for Defendant HSH Nordbank AG
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212)-554-7800

by depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address was directed to said attorney at the above address designated by said attorneys in the last paper served herein. The delivery service used is: Federal Express.

_____
Yurmaris Renelt

Sworn to, before me, this
16th day of June, 2008

_____
Notary Public

TRACI L. NESTVED
Notary Public, State of New York
Qualified in Orange County
Reg. No. 01NE6023644
Commission Expires April 26, 20_11_

RIDER, WEINER & FRANKEL, P.C.
P.O. BOX 2280  •  NEWBURGH, N.Y. 12550  •  (845) 562-9100