UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHONA ALEDIA, | 08 CV 4342 (BSJ)(HBP) |
| Plaintiff, | **STIPULATION AND ORDER** |
| -against- | |
| HSH NORDBANK AG, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED that the time for Defendant to serve reply papers in further support of Defendant's motion to dismiss is extended to July 9, 2008.

Dated: New York, New York
       July 1, 2008

MOSES & SINGER LLP
*Attorneys for Defendant*

By: _____
David Rabinowitz (DR-5205)
405 Lexington Avenue
New York, New York 10174-1299
Tel: (212) 554-7800
Fax: (212) 554-7700
drabinowitz@mosessinger.com

RIDER, WEINER & FRANKEL, P.C.
*Attorneys for Plaintiff*

By: _____
Michael J. Matsler (MM-8139)
655 Little Britain Road
New Windsor, New York, 12553
(845) 562-9100

SO ORDERED:

_____
7-2-08

701280v1 009986.0128

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

TOTAL P.002